FILED ENTERED
LODGED
APR 16 2002
AT
CLERK U.S. D.
DISTRICT OF MARYLAND
BY          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUICREDIT CORP. OF MARYLAND | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB-02-CV-1069 |
| MARY WHITE, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION AND ORDER FOR EXTENSION OF TIME

Plaintiff EquiCredit Corp. of Maryland, Defendant DHC Title Company, Inc. ("DHC"), and Defendant Chicago Title Insurance Company ("Chicago Title"), by undersigned counsel, hereby stipulate that Defendants DHC and Chicago Title shall have until, and including, Friday, May 31, 2002, to file their respective responses to "Plaintiff's Motion for Summary Judgment as to Defendant DHC Title Company, Inc.'s Liability for Breach of the Closing Letter Contract (Count VII) and as to Defendant Chicago Title Insurance Company's Liability for Breach of the Closing Protection Letter (Count XVIII)" in the above-captioned action.

| | |
|---|---|
| /s/ Bryan M. Tillman | /s/ James M. Connolly |
| Bryan M. Tillman | James M. Connolly (Bar No. 23872) |
| *William M. Rudow, L.L.C.* | *KRAMER & CONNOLLY* |
| 5603 Newbury Street | 500 Redland Court, Suite 211 |
| Baltimore, Maryland 21209 | Owings Mills, Maryland 21117 |
| Tel.: (410) 542-6000 | Tel.: (410) 581-0070 |
| Fax: (410) 542-9500 | Fax: (410) 581-1524 |
| *Counsel for EquiCredit Corp. of America* | *Counsel for Defendant DHC Title Company* |

**SO ORDERED:** ___/s/ Catherine C. Blake___     ___4-15-02___
                       Judge Catherine C. Blake                Date
                       United States District Court Judge

*[signature: Thomas F. McDonough]*

Thomas F. McDonough
*Royston, Mueller, McLean & Reid, LLP*
102 W. Pennsylvania Avenue, Suite 600
Towson, Maryland 21204-4510
Tel.: (410) 823-1800
Fax: (410) 828-7859
*Counsel for Chicago Title Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2002, a copy of the foregoing was mailed first class, postage prepaid, to:

William Rudow, Esquire
William M. Rudow, LLC
5603 Newbury Street
Baltimore, Maryland 21209
*Counsel for Plaintiff*

Thomas F. McDonough, Esquire
Royston, Mueller, McLean & Reid, LLP
102 W. Pennsylvania Avenue
Suite 600
Towson, Maryland 21204-4510
*Counsel for Chicago Title Insurance Company*

Reginald D. Greene
15109 Dunleigh Drive
Bowie, Maryland 20721

Ms. Teresa Park
406 Twisted Stalk Drive
Gaithersburg, Maryland 20878

Service is no longer made to the following person(s) because, according to the U.S. Postal Service, no such address exists, no forwarding address exists, or no such person resides at the address:

Ms. Mary White
2400 Kingsway Road
Fort Washington, Maryland 20744

Mr. Scot D. Shumway
Provident Funding Group
9320 Annapolis Road
Lanham, Maryland 20706

Mr. Chester Tapp
E.E. Woodward, Inc.
11610 Forest Green Lane
Fort Washington, Maryland 20744

Mr. Derron A. Tapp
8402 Jasmith Court
District Heights, Maryland 20747

Mr. Lennox Samuel Westney
13601 Creekside Drive
Silver Spring, Maryland 20904

_____
James M. Connolly

12-65.stipulation_extensionintime.wpd