IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUICREDIT CORP. OF MARYLAND     *

    Plaintiff

v.                               *     Civil Action No. CCB-02-CV-1069

MARY WHITE, *et al.*         *

    Defendants         *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION AND ORDER FOR EXTENSION OF TIME

     Plaintiffs EquiCredit Corporation of America, U.S. Bank National Association, and

NationsCredit Financial Services Corporation, and Defendant DHC Title Company, Inc. ("DHC"), by

undersigned counsel, hereby stipulate that Defendant DHC shall have until, and including, Friday, May

31, 2002, to file its response to "Plaintiff's Motion for Partial Summary Judgment as to Defendant DHC

Title Company, Inc.'s Liability for Negligent Hiring, Retention, Supervision and Training (Count V)" in

the above-captioned action.

Bryan M. Tillman (Bar No. 26453)
*William M. Rudow, L.L.C.*
5603 Newbury Street
Baltimore, Maryland 21209
Tel.: (410) 542-6000
Fax: (410) 542-9500
*Counsel for Plaintiffs*

James M. Connolly (Bar No. 23872)
*KRAMER & CONNOLLY*
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
Tel.: (410) 581-0070
Fax: (410) 581-1524
*Counsel for Defendant DHC Title Company*

**SO ORDERED**: _____

Judge Catherine C. Blake
United States District Court Judge

                                                  4/22/0~

                                                   Date

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2002, a copy of the foregoing was mailed first class,

postage prepaid, to:

William Rudow, Esquire
Bryan M. Tillman, Esquire
William M. Rudow, LLC
5603 Newbury Street
Baltimore, Maryland 21209
*Counsel for Plaintiff*

Thomas F. McDonough, Esquire
Royston, Mueller, McLean & Reid, LLP
102 W. Pennsylvania Avenue
Suite 600
Towson, Maryland 21204-4510
*Counsel for Chicago Title Insurance Company*

Reginald D. Greene
15109 Dunleigh Drive
Bowie, Maryland 20721

Ms. Teresa Park
406 Twisted Stalk Drive
Gaithersburg, Maryland 20878

Mr. Lennox Samuel Westney
13601 Creekside Drive
Silver Spring, Maryland 20904

Ms. Mary White
2400 Kingsway Road
Fort Washington, Maryland 20744

Service is no longer made to the following person(s) because, according to the U.S. Postal Service, no such address exists, no forwarding address exists, or no such person resides at the address:

Mr. Scot D. Shumway
Provident Funding Group
9320 Annapolis Road
Lanham, Maryland 20706

Mr. Chester Tapp
E.E. Woodward, Inc.
11610 Forest Green Lane
Fort Washington, Maryland 20744

Mr. Derron A. Tapp
8402 Jasmith Court
District Heights, Maryland 20747

James M. Connolly

12-65.stipulationforextensionoftime_02.wpd

2