IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| EQUICREDIT CORP OF AMERICA, et al. | * | |
| Plaintiffs | * | |
| v. | * | Case No. CCB-02-CV-1069 |
| MARY WHITE, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Joint Motion for Stay of Proceedings Pending Mediation, response(s) thereto and the applicable law, it is this 29th day of April, 2002 ORDERED:

1. That the Motion be and hereby is GRANTED, and that all proceedings in this case are hereby stayed, including a tolling of the time to respond to all pending motions, pending the results of the mediation among the parties scheduled to begin on May 6, 2002.

_____
JUDGE

FILED
APR 30 2002

